

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2008




Hand Delivery

Hon. Robert W. Sweet
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:   *Daniel L. Gordon v. Director Harley Lappin, et al.*, 07 Civ. 10948 (RWS)

Dear Judge Sweet:

    The Government respectfully requests an extension of time to respond to the above-referenced petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Assistant United States Attorney ("AUSA") who handled the underlying criminal case, Jane Levine, is no longer with the Office, so the Order directing the Government to respond within 40 days of January 15, 2008 was forwarded to the undersigned, who handled the criminal forfeiture proceedings. Unfortunately I was involved with the preparation of a motion for summary judgment in a ten-year old case before another judge, and I inadvertently overlooked the envelope that had been forwarded to me, and did not fully examine it until last Friday. As I advised your courtroom deputy clerk on that date, the above-referenced petition is being reassigned to another AUSA, who will notify your chambers of the reassignment. In the meantime, I respectfully request that

Hon. Robert W. Sweet                                                                 Page 2
September 10, 2007

the Court extend the time for the filing of the Government's response to the petition to one month from today – April 17, 2008. Thank you for your consideration.

                                            Very truly yours,

                                            MICHAEL J. GARCIA
                                            UNITED STATES ATTORNEY

                         By: _/s/ Barbara Ward_____
                                            Barbara A. Ward
                                            Assistant United States Attorney
                                            One Saint Andrew's Plaza
                                            New York, NY 10007
                                            Tel. 212-637-1048
                                            Fax 212-637-0421
                                            Email: Barbara.Ward@usdoj.gov

cc:    Daniel L. Gordon, *pro se*
        535 West 23rd Street, No. # S4E
        New York, NY 10011

**SO ORDERED.**
The Government's time to respond to the petition is extended to April 17, 2008.

_/s/ Robert W. Sweet_____        Date: 3·17·08
Hon. Robert W. Sweet
U.S.D.J.