PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
DANIEL L. GORDON,                                              :
                                                               :   07 Civ. 10948 (RWS)
                                              Petitioner,      :
                                                               :
                -against-                                      :
                                                               :   NOTICE OF MOTION
DIRECTOR HARLEY LAPPIN, Federal Bureau of                      :   ~~FOR DEFAULT JUDGMENT~~
Prisons; JAMES SULLIVAN, Community Corrections                 :
Manager, Federal Bureau of Prisons,                            :
                                                               :
                                              Respondents.     :
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 55(b)(2) and 55(d), and upon the accompanying Memorandum of Law dated March 7, 2008, the supporting Declaration of Daniel L. Gordon with its annexed exhibits dated March 7, 2008, and the Clerk's Certificate of Default, Petitioner Daniel L. Gordon, *pro se*, hereby moves this Honorable Court, before the Honorable Judge Robert W. Sweet, at the United States Courthouse, 500 Pearl Street, Room 1920, New York, New York for an Order:

(i) Pursuant to Fed.R.Civ.P. Rule 55(b)(2) and 55(d) for default judgment against Respondents, Harley Lappin and James Sullivan, for the relief demanded in the Petition for Writ of Habeas Corpus dated December 3, 2007;

(ii) Directing that the Respondents be permanently enjoined from collecting from Petitioner, or having collected on their behalf, any monies relating to the costs of Petitioner's incarceration – including specifically, and without limitation, monies that Petitioner is presently required to make to the Bronx Community Re-Entry Center;

(iii) Directing that the that the Respondents shall (a) provide formal notification to the Bronx Community Re-Entry Center of Petitioner's exemption from liability for the costs of his incarceration and (b) not take, nor shall cause to be taken, any retaliatory or disciplinary action against Petitioner as a result of this Default Judgment or the filing of the writ referenced herein;

(iv) Directing that the Petitioner recover from the Respondents the costs and disbursements of this action; and

{NY028162;1}

*[handwritten note:]* Motion denied, the [Gov't] must having been time to respond. So ordered. [signature] Sweet  USDJ  3.24.08



    (v)    For such other relief as the Court deems warranted against Respondents by the facts of this case.

Dated: New York, New York
       March 7, 2008

                                      Respectfully submitted,

                                      Daniel L. Gordon, *Pro Se*
                                      Petitioner

{NY028162;1}